**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA                    CRIMINAL NO. 04-50091-03

VERSUS                                                      JUDGE S. MAURICE HICKS, JR

RAMIRO G. VALDEZ                                MAGISTRATE JUDGE HORNSBY

**ORDER**

Before the Court is a "Motion for Sentencing Adjustment" (Record Document 187) filed by the defendant, Ramiro G. Valdez. The defendant seeks a reduction of his sentence, arguing that his "status as a deportable alien" leads to harsh "collateral consequences." Id. The defendant maintains that he is entitled to such reduction under United States v. Restrepo, 802 F.Supp. 781 (E.D.N.Y. 1992).

The Court has reviewed both the record in the instant matter and the Restrepo case cited by the defendant. The Restrepo opinion cited and relied upon by the defendant was vacated by United States v. Restropo, 999 F.2d 640 (2nd Cir. 1993). Further, the Second Circuit's reasoning in Restrepo, which is reasoning that this Court approves, weighs against the defendant's request for a reduction in his sentence.

Accordingly,

**IT IS ORDERED** that the "Motion for Sentencing Adjustment" (Record Document 187) filed by the defendant, Ramiro G. Valdez, be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 15th day of August, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE